

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00988-CV

GUILLERMINA SANDOVAL AND OGILVER SANDOVAL, Appellants

V.

AMERICAN POINTE REALTY, LTD, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County. (Tr. Ct. No. 1054737).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 7th day of July 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> After due consideration, the Court **grants** the appellants' unopposed motion to dismiss, construed as a motion to **set aside** the trial court's judgment.  Accordingly, the Court **sets aside** the trial court's judgment and **renders** judgment effectuating the parties' Rule 6.6 agreement, namely for the trial clerk to release the $6,225.00 in funds the appellants posted as security after receipt of the mandate and, within three business days of the entry of this Court's judgment, for the appellee to pay appellants $4,275.00.
>
> The Court **orders** that the appellants pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 7, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

